JUDGE KARAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    **INDICTMENT**

    - v. -                         :    06 Cr.

HASSAN OSMAN,                       :    **06 CRIM. 1192**
    a/k/a "Tifow,"                 :

               Defendant.    :
- - - - - - - - - - - - - - - - - -x

        The Grand Jury charges:

        1.  From at least in or about June 2006, up through and including on or about July 26, 2006, in the Southern District of New York and elsewhere, HASSAN OSMAN, a/k/a "Tifow," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

        2.  It was a part and an object of the conspiracy that HASSAN OSMAN, a/k/a "Tifow," the defendant, and others known and unknown, would and did import into the United States from a place outside thereof a controlled substance, to wit, materials, compounds, mixtures, and preparations containing a quantity of cathinone, in the plant commonly known as "khat," in violation of Sections 812, 952(a) and 960(b)(3) of Title 21 of the United States Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 27 2006

Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about June 30, 2006, HASSAN OSMAN, a/k/a "Tifow," the defendant, spoke by telephone with a co-conspirator not named as a defendant herein about importing khat into the United States.

b. On or about June 27, 2006, in New York, New York, another co-conspirator not named as a defendant herein possessed approximately seven kilograms of khat.

(Title 21, United States Code, Section 963;
21 C.F.R. § 1308.11(f).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HASSAN OSMAN
a/k/a "Tifow,"

Defendant.

INDICTMENT

06 Cr. _____

(Title 21, United States Code, Section
963; 21 C.F.R. § 1308.11(f).)

                                                     MICHAEL J. GARCIA
                                                     United States Attorney

A TRUE BILL.

*[signature]*
Foreperson.

12/27/2006 TLC: Post 11/1/87 indictment filed. Assigned to Judge Karas.

Peck, M.J.