# Law Office of
## Francisco E. Celedonio, Esq.
#### 401 Broadway, 25th Flr.
#### New York, New York

MEMO ENDORSED

*(212) 219-7533*

*Fax (212) 219-4094*

November 9, 2007

**VIA FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/07
```

Re: *United States v. Hassan Osman,*
06 Cr. 1192 (KMK)

Dear Judge Karas:

The above-named defendant was initially presented before a United States Magistrate Judge on July 16, 2006 and ultimately released on the following bail package: (i) a $150,000 PRB; (ii) co-signed by three (3) FRP; (iii) secured by $7,500 in cash and real property in Minnesota with an equity of $150,000; (iv) travel limits to the Southern District of New York and the district of Minnesota, where Mr. Osman resides; and (v) surrender of travel documents. As per my previous discussions with AUSA Daniel Stein, I expect that upon appearing before Your Honor the parties will agree to propose to the Court an amendment to the bail conditions releasing the property.

Since his release I have been in constant contact with Mr. Osman, he has been in full compliance with all bail conditions, and he is gainfully employed.

This letter seeks the Court's endorsement of an adjustment of bail for the limited purpose of permitting Mr. Osman to travel from Minnesota to Boston, to attend the wedding of his sister-in-law. The proposed travel would occur from January 12-15, 2007. Of course Mr. Osman will be accompanied by his family.

Despite repeated efforts, I have been unable to communicate with AUSA Stein in order to obtain the government's consent to the proposed travel. Because the proposed travel is imminent (and I was only informed of the travel dates yesterday evening), I am compelled to make this application prior to obtaining the government's consent. I have no reason to believe, however, the government would oppose this application.

*Respectfully Submitted,*

Francisco E. Celedonio, Esq.

cc: AUSA Daniel Stein

Bail is modified to permit Mr. Osmen to make the trip discussed herein on the condition that he provide 24-hour contact information in Boston to pre-trial before he leaves.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1/11/07

2