**Law Office of**
**Francisco E. Celedonio, Esq.**
**401 Broadway, 25th Flr.**
**New York, New York 10013**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/07

(212) 219-7533                                                                 Fax (212) 219-4094

February 12, 2007

**VIA FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Hassan Osman,*
06 Cr. 1192 (KMK)

Dear Judge Karas:

    The above-captioned case is scheduled for a conference before Your Honor on Wednesday February 14, 2007, at 10:30am. This submission seeks the Court adjourn this conference for a time convenient with the Court next week (February 20th, 21st, or 22nd). Alternatively, I respectfully request the Court excuse Mr. Hassan's appearance at the February 14th conference.

    After conferring with AUSA Daniel Stein he informs me the government consents to the adjournment request.

    Although the Court ordinarily may be reticent to grant adjournments, the reason for the requested adjournment is that Mr. Hassan Osman resides in Minneapolis, Minnesota (as per his bail conditions), and he informs me he is having trouble obtaining a flight. Although it is possible for Mr. Osman to get himself to New York if absolutely necessary, he informs me it would be a substantial economic hardship.

 For the Court's information, Mr. Hassan continues to be in contact with counsel, and to abide by all the conditions of his bail.

 Thus, for all the reasons stated herein, we respectfully request the Court either adjourn this week's conference or, alternatively, excuse Mr. Hassan's appearance before the Court. Of course, the defense consents to any concomitant exclusion from speedy trial calculations.

*Respectfully Submitted,*

*[signature]*

Francisco E. Celedonio, Esq.

cc: AUSA Daniel Stein

> The conference will go forward as scheduled. Mr. Hassan can appear by telephone.
>
> So Ordered -
>
> *[signature]*

2