**Law Office of**
***Francisco E. Celedonio, Esq.***
*401 Broadway, 25th Flr.*
*New York, New York 10013*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/07

*(212) 219-7533*                                                                                     *Fax (212) 219-4094*

March 29, 2007

**VIA FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Hassan Osman,*
06 Cr. 1192 (KMK)

Dear Judge Karas:

The above-named defendant was initially presented before a United States Magistrate Judge on July 16, 2006 and ultimately released on the following bail package: (i) a $150,000 PRB; (ii) co-signed by three (3) FRP; (iii) secured by $7,500 in cash and real property in Minnesota with an equity of $150,000; (iv) travel limits to the Southern District of New York and the district of Minnesota, where Mr. Osman resides; and (v) surrender of travel documents.

Since his release I have been in constant contact with Mr. Osman, he has been in full compliance with all bail conditions, and he is gainfully employed. With the Court's permission Mr. Osman has been available for the last two conferences via telephone.

This letter seeks the Court permit Mr. Osman to drive to the State of Ohio -- in route to New York (and the return to Minnesota) -- for the upcoming conference before the Court scheduled for April 5, 2007. The purpose of the trip to Ohio is to permit Mr. Osman to participate in a soccer tournament conducted before and after the date of the conference.

Despite repeated efforts, I have been unable to communicate with AUSA Stein in order to obtain the government's consent to the proposed travel. Because the proposed travel is imminent (and I have been awaiting a communication from the government) I am compelled to make this application prior to obtaining the government's consent. I have no reason to believe, however, the government would oppose this application.

*Respectfully Submitted,*

Francisco E. Celedonio, Esq.

cc: AUSA Daniel Stein

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/30/07

2