# Law Office of
# Francisco E. Celedonio, Esq. MEMO ENDORSED
### 401 Broadway, 25th Flr.
### New York, New York 10013

*(212) 219-7533*  *Fax (212) 219-4094*

June 8, 2007

**VIA FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 6/11/07

Re: *United States v. Hassan Osman,*
06 Cr. 1192 (KMK)

Dear Judge Karas:

As the Court is aware, the above-named defendant was initially presented before a United States Magistrate Judge on July 16, 2006 and ultimately released on the following bail package: (i) a $150,000 PRB; (ii) co-signed by three (3) FRP; (iii) secured by $7,500 in cash and real property in Minnesota with an equity of $150,000; (iv) travel limits to the Southern District of New York and the district of Minnesota, where Mr. Osman resides; and (v) surrender of travel documents.

Throughout the pendency of this action I have been in constant contact with Mr. Osman, he has been in full compliance with all bail conditions, and he is gainfully employed.

This letter seeks the Court permit Mr. Osman to Nashville, Tennessee and Lexington, Kentucky for the purpose of purchasing a vehicle at one of several car auctions in these states. The proposed travel would occur during the period of June 12-June 26. It is requested that should the Court authorize the proposed travel the Court permit pre-trial services in Minnesota to coordinate the specifics of travel with Mr. Osman.

Despite efforts, I have been unable to communicate with AUSA Stein (who is on trial before Judge Cote) in order to obtain the government's consent to the proposed travel. I have no reason to believe, however, the government would oppose this application.

*Respectfully Submitted,*

Francisco E. Celedonio, Esq.

cc: AUSA Daniel Stein

Denied, in the absence of hearing from Pre-Trial or the Government.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/11/07

2