**Law Office of**
*Francisco E. Celedonio, Esq.*
*401 Broadway, 25th Flr.*
*New York, New York 10013*

*(212) 219-7533*                                                                         *Fax (212) 219-4094*

June 19, 2007

***VIA ECF AND REGULAR MAIL***
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

> Re: *United States v. Hassan Osman,*
>     06 Cr. 1192 (KMK)

Dear Judge Karas:

      As suggested by the Court, after our conference this afternoon I investigated the issue of my non-receipt of ECF notification of today's conference, as well as this Court's prior action on my travel request for Mr. Osman.

      Your Honor may recall my speculation that, although the docket sheet lists me as "Lead Attorney" for Mr. Osman, there are circumstances in which ECF notification may nevertheless not be forthcoming.

      I spoke with Dan Davanzo, at the ECF help desk for the Southern District of New York, who informed me that despite appearing as lead counsel in the Court's docket sheet, I was not receiving ECF notifications because my notice of appearance had not been electronically filed; further, Mr. Davanzo noted that even where counsel electronically files a notice of appearance, where counsel is designated as "Lead Attorney" (rather than "Attorney to be Noticed"), she/he will not receive ECF notification.

      I am informed that prospectively, I will be receiving ECF notifications in this case. Again, I apologize for any inconvenience to the Court.

*Respectfully Submitted,*

Francisco E. Celedonio, Esq.

cc: AUSA Daniel Stein *(via ECF)*