UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA,    :
                                :
       - v -               :
                                :        WAIVER OF INDICTMENT
HASSAN OSMAN,                :
                                :        S1 06 Cr. 1192 (KMK)
                                :
          Defendant.      :
                                :
- - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 844(a), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            _____
                                            Defendant

                                            _____
                                            Witness

                                            _____
                                            Counsel for Defendant

Date:      New York, New York
           July 19, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 20 2007


0202