UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    INFORMATION

      - v. -                      :    S1 06 Cr. 1192 (KMK)

HASSAN OSMAN,                       :
    a/k/a "Tifow,"                 :

            Defendant.         :
- - - - - - - - - - - - - - - - - -x

        The United States Attorney charges:

        From at least in or about June 2006, up through and including on or about July 26, 2006, in the Southern District of New York and elsewhere, HASSAN OSMAN, a/k/a "Tifow," the defendant, unlawfully, intentionally, and knowingly did possess a controlled substance, to wit, cathinone in khat plants, without such substance having been obtained directly, and pursuant to a prescription or order, from a practitioner, while acting in the course of his professional practice.

        (Title 21, United States Code, Section 844(a).)

                                        _____
                                        MICHAEL J. GARCIA
                                        United States Attorney