*Law Office of*
*Francisco E. Celedonio, Esq.*
*401 Broadway, 25th Fl.*
*New York, New York 10013*

*(212) 219-7533*                                                                                                                                  *Fax (212) 219-4094*

November 2, 2007

*VIA ECF AND REGULAR MAIL*
Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York

Re: *United States v. Hassan Osman,*
*06 Cr. 1192 (KMK)*

Dear Judge Karas:

       As the Court is aware, Hassan Osman is scheduled to be sentenced on November 9, 2007.

       Counsel's sentencing submission was submitted to the Court on October 11, 2007. Subsequently I have received various letters in support of Mr. Osman from his family and his employer. Submitted herewith are submissions that we would like to bring to the Court's attention.

                                                                    *Respectfully Submitted,*

                                                                    Francisco E. Celedonio, Esq.

cc: AUSA Daniel Stein, Esq.