```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   -v-

HASSAN OSMAN,

              Defendant(s).

06 CR 1192 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    IT IS HEREBY ORDERED that Defendant Hassan Osman ("Defendant") is sentenced to one (1) year of pre-judgment probation pursuant to 18 U.S.C. § 3607(a), subject to the following conditions:

    Defendant shall not commit another federal, state or local crime.

    Defendant shall not unlawfully possess a controlled substance. Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall submit to one drug test within 15 days of placement on probation and at least two unscheduled tests thereafter as directed by the assigned United States Probation Officer ("probation officer").

    Defendant shall not possess a firearm or destructive device.

    Defendant shall comply with the following standard conditions of supervision (1 to 13):

        1) Defendant shall not leave the judicial district without the permission of the Court or probation officer;

        2) Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

        3) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

        4) Defendant shall support his or her dependents and meet other family responsibilities;

        5) Defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) Defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) As directed by the probation officer, Defendant shall notify third parties of risks that may be occasioned by Defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm Defendant's compliance with such notification requirement.

Defendant shall further comply with the following special conditions of supervision:

Defendant is to obey all U.S. immigration laws and to comply with all directives of U.S. immigration authorities.

Defendant shall submit his person, residence, office or vehicle, or any other premises or property under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the condition of release may be found. Any such search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. Defendant is to inform any other residents of his premises that such premises may be subject to search pursuant to this condition.

Defendant is to report to the nearest Probation Office within 72 hours of release from custody of the Bureau of Prisons.

It is recommended that Defendant is to be supervised by the district of his residence, which would be the District of Minnesota.

It is recommended that the terms of Defendant's supervision be tailored by the probation officer so as not to infringe on Defendant's professional commitments or family commitments.

Should Defendant violate any part of this order, the Court shall enter Judgment against him and Defendant shall thereupon pay to the Court a fine of $1,000.00 and a $25.00 mandatory special assessment. In case of such violation, Defendant shall also appear before this Court and will be subject to a sentence of imprisonment of up to one year.

Provided that Defendant complies with all terms and conditions of this Order, the Court shall, upon expiry of the supervisory term imposed, dismiss the proceedings against him without entry of any guilty Judgment.

SO ORDERED.

Dated:      December 5, 2007
            White Plains, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE